IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LEONARD CRESCENZO, § | | |
| on behalf § | | |
| of himself and all others § | | |
| similarly situated, § | Civil Action No. | |
| § | 2:15-cv-02851-ALM-NMK | |
| Plaintiff, § | | |
| § | District Judge Algenon L. Marbley | |
| § | Magistrate Judge Norah McCann King | |
| v. § | | |
| § | | |
| O-TEX PUMPING, LLC § | | |
| § | | |
| Defendant. § | | |

**DEFENDANT'S MOTION TO STRIKE IN PART DECLARATIONS OF
LEONARD CRESCENZO AND OPT-IN PLAINTIFFS**

Defendant O-Tex Pumping, LLC ("O-Tex"), by and through its undersigned counsel, hereby files this Motion to Strike In Part Declarations of Leonard Crescnezo and Opt-In Plaintiffs. A Memorandum in Support and a Proposed Order are attached.

///

///

///

///

///

HOU:0025672/00002:1822672v1

Respectfully submitted,

 /s/ J. Michael Rose
Andrew C. Smith (BN 0008136), Trial Attorney
Adam J. Rocco (BN 0083807)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, Ohio 43215
Telephone:  614.464.5434
Fax:  614.719.4969
acsmith@vorys.com
ajrocco@vorys.com

J. MICHAEL ROSE (*admitted pro hac vice*)
Texas State Bar No. 24041819
mrose@lockelord.com
JEFFREY M. MCPHAUL (*admitted pro hac vice*)
Texas State Bar No. 24069018
jmcphaul@lockelord.com
KATHERINE G. CISNEROS (*admitted pro hac vice*)
Texas State Bar No. 24094591
katherine.cisneros@lockelord.com
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, Texas 77002-3095
(713) 226-1200 (Telephone)
(713) 229-2626 (Facsimile)

***Attorneys For Defendant O-Tex Pumping, LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of December, 2015, a true and correct copy of the above and foregoing documents was served upon the below counsel of record via the Court's Electronic Case Filing System.

Anthony J. Lazzaro
Chastity L. Christy
The Lazzaro Law Firm, LLC
920 Rockefeller Building
614 W. Superior Avenue
Cleveland, Ohio 44113
Phone: 216-696-5000
Facsimile: 216-696-7005
anthony@lazzarolawfirm.com
chastity@lazzarolawfirm.com

Don J. Foty
John Anthony Neuman
Kennedy Hodges, L.L.P.
Texas State Bar No. 24050022
711 W. Alabama Street
Houston, Texas 77006
Telephone: (713) 523-0001
Facsimile: (713) 523-1116
dfoty@kennedyhodges.com

                         /s/ J. Michael Rose
                         J. Michael Rose